MINUTE ENTRY
KNOWLES, M.J.
JULY 26, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 18-158 |
| BRIDGET LAMBERT | SECTION S |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
             X  COUNSEL FOR DEFENDANT   CJA-DYLAN UTLEY
             X  ASSISTANT U.S. ATTORNEY  JULIA EVANS — *Risa Berkower*
             __ INTERPRETER _____ SWORN
                (TIME: ____.M to ____.M)

X / READING OF THE BILL OF INFORMATION: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__ / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

X / OTHER: *Waiver of indictment executed*

**NOTICE:** X / PRE-TRIAL CONFERENCE: **SEPTEMBER 6, 2018 AT 3:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON**

X / TRIAL: **SEPTEMBER 24, 2018 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE MARY ANN VIAL LEMMON**

MJSTAR: 00: 02