UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 18-158 |
| BRIDGET LAMBERT | SECTION: "S" |

RE-NOTICE OF SENTENCING

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been reset for sentencing on October 3, 2019 at 2:00 p.m. before Judge Mary Ann Vial Lemmon, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: August 16, 2019

WILLIAM W. BLEVINS, CLERK

by: Shannon Shedd, Deputy Clerk

TO:

Bridget Lambert (**DETAINED**)

**COUNSEL FOR BRIDGET LAMBERT:**
Dylan C. Utley, CJA

AUSA: Julie Evans, TA
  Nicholas M.H. Reddick
  Risa Berkower

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

FBI: Corina Zapata, SA

Interpreter: **NONE**

**If you change address,
notify clerk of court
by phone, 504-589-7704**