UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 18-0158 |
| BRIDGET LAMBERT | SECTION "S" |

### ORDER OF TRANSFER

It appears from the record that the above captioned case involves subject matter that comprises a material part of the subject matter of *United States of America v. Jody Lambert*, Criminal Action No. 18-0160, a case before Judge Carl J. Barbier. **IT IS ORDERED** that this case be and hereby is TRANSFERRED to Judge Carl J. Barbier, Section J, of the United States District Court for the Eastern District of Louisiana.

**IT IS FURTHER ORDERED** that the sentencing hearing scheduled for October 3, 2019 is continued to October 17, 2019 at 9:30 a.m. before Judge Carl J. Barbier.

New Orleans, Louisiana, this 2nd day of October, 2019.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

10/2/19
TRANSFERRED TO
**SECT. J**