UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 18-158 |
| BRIDGET LAMBERT | SECTION: "J"(1) |

## ORDER

Considering the foregoing *Consent Motion to Amend Judgment* **(Rec. Doc. 54)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that in accordance with USSG 5k2.23, the Court recommends that the BOP adjust the term for the period of imprisonment already served by Bridget Lambert from June 30, 2016 through August 5, 2019, in the Louisiana Department of Correction, Tangipahoa Parish, DKT. No#1602073.

New Orleans, Louisiana this 12th day of November, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE